UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVALONBAY COMMUNITIES, INC., )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>SLCE ARCHITECTS, LLP, *et al.* )<br>)<br>    **Defendants.** )<br>_____ ) | Civil Action No. _____ |

## LOCAL RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned counsel of record for AvalonBay Communities, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of AvalonBay Communities, Inc. which have any outstanding securities in the hands of the public:   None.

These representations are made in order that the judges of the court may determine the need for recusal.

Respectfully submitted,

HOLLAND & KNIGHT LLP

_____
Christopher B. Hanback (Bar # 232579)
Lynn E. Calkins (Bar # 445854)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: lynn.calkins@hklaw.com

*Counsel for AvalonBay Communities, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Local Rule 7.1 Disclosure Statement will be served on the defendants with a copy of the Complaint.

_____
Lynn E. Calkins

# 5500271_v1