UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVALONBAY COMMUNITIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1341-HHK |
| ) | Judge Henry H. Kennedy, Jr. |
| SLCE ARCHITECTS, LLP, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ENTRY OF APPEARANCE

The clerk will please enter the appearance of Christopher B. Hanback and Lynn E. Calkins with the law firm of Holland & Knight LLP on behalf of Plaintiff AvalonBay Communities, Inc. in the above-captioned matter.

Respectfully submitted,

HOLLAND & KNIGHT LLP


____/s/ Christopher B. Hanback_____
Christopher B. Hanback (Bar # 232579)


_____/s/ Lynn E. Calkins_____
Lynn E. Calkins (Bar # 445854)

2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: lynn.calkins@hklaw.com

*Counsel for AvalonBay Communities, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Entry of Appearance will be served on the defendants with a copy of the Complaint.

/s/ Lynn E. Calkins
Lynn E. Calkins

# 5520891_v1