HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., NW
Suite 100
Washington, D.C. 20006
*ATTORNEYS FOR PLAINTIFF*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

AVALONBAY COMMUNITIES, INC.,

    Plaintiff,

-against-

SLCE ARCHITECTS, LLP, *et al.*,

    Defendants.

---

1:08-cv-01341 (Judge Henry H. Kennedy)

**Certificate of Service**

STATE OF NEW YORK    )
                                ) SS.:
COUNTY OF NEW YORK  )

      RUDY D. GREEN, an attorney admitted to practice in the Courts of the State of New York certifies, under penalty of perjury, that I served upon SLCE ARCHITECTS, LLP and SCHUMAN LICHTENSTEIN CLAMAN EFRON ARCHITECTS the following documents: the Summonses; Complaint; Cover Sheet; Initial Electronic Case Filing Order; Local Rule 7.1 Disclosure Statement; Consent to Proceed Before a United States Magistrate Judge for All Purposes; and Notice of Appearance of Christopher B. Hanback, by delivering true copies of same on August 7, 2008 to Enzo DePol, Partner, SLCE Architects, at 841 Broadway, New York, NY 10003.

                                                                    RUDY D. GREEN

Dated: August 12, 2008

# 5534654_v1