IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AVALON BAY COMMUNITIES, INC. | : | |
|       **Plaintiff** | : | |
| v. | : | 1:08-cv-01341-HHK |
| SLCE ARCHITECTS, LLP, ET AL. | : | |
|       **Defendants.** | : | |

## CONSENT MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

COMES NOW, Defendants, SLCE Architects, LLP, and Schuman Lichtenstein Claman Efron Archtiects, by and through counsel, Lee & McShane, P.C., pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, and hereby files this Consent Motion to Extend Time to File a Responsive Pleading, and in support thereof states as follows:

1. Defendants were served with Plaintiff's Complaint in this matter on or around August 7, 2008, by means of personal service. Defendants' first responsive pleading would therefore be due on or around August 27, 2008.

2. Undersigned counsel was just recently retained to represent Defendants with respect to this matter. Due to existing commitments on other matters and previously planned vacations, counsel for Defendants has not had an adequate opportunity to investigate, analyze, and review the facts of this case so as to provide a responsive pleading at this time.

3. Counsel for Plaintiff has consented to such an extension of time to Monday, September 8, 2008. A proposed order is submitted herewith.

WHEREFORE, Defendants, SLCE Architects, LLP and Schuman Lichtenstein Claman Efron Architects respectfully request that this Honorable Court grant this Consent Motion to Extend Time for Defendants to File a Responsive Pleading until September 8, 2008.

Respectfully submitted,

LEE & McSHANE, P.C.

By: _____\\s\\_____
James F. Lee, Jr. Esquire
DC Bar No. 247718
Trevor M. Ashbarry, Esquire
DC Bar No. 980359
1211 Connecticut Avenue, N.W.
Suite 425
Washington, D.C. 20036
(202) 530-8100

*Counsel for Defendant, SLCE Architects, LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Extend Time to File was served electronically on this 26th day of August, 2008 to:

| | |
|---|---|
| Christopher B. Hanback<br>DC Bar No. 232579<br>Lynn E. Calkins<br>DC Bar No. 445854<br>Holland & Knight, LLP<br>2099 Pennsylvania Avenue, NW<br>Suite 100<br>Washington, DC 20006 | |

_____/s/_____
Trevor M. Ashbarry, Esq.

2

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVALON BAY COMMUNITIES, INC. | : |
| Plaintiff | : |
| v. | : 1:08-cv-01341-HHK |
| SLCE ARCHITECTS, LLP, ET AL. | : |
| Defendants. | : |

## ORDER

Upon due consideration of Defendants', Consent Motion to Extend Time to File a Responsive Pleading, it is hereby

ORDERED, that the Motion is hereby granted; and it is further

ORDERED, that the time for Defendants, SLCE Architects, LLP, and Schuman Lichtenstein Claman Efron Architects to file their responsive pleading shall be extended to September 8, 2008.

_____
Judge, United States District Court for the District of Columbia

Copies to :

James F. Lee, Jr., Esquire
Trevor M. Ashbarry, Esquire
Lee & McShane, P.C.
1211 Connecticut Avenue
Suite 425
Washington, DC 20036

Christopher B. Hanback, Esquire
Lynn E. Calkins, Esquire
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006